IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 96-00241-KD |
| | ) | |
| NATHANIEL WILLIAMS | ) | |
|     Defendant. | ) | |

**ORDER**

This matter is before the Court on the Southern District of Alabama U.S. Probation Office's Petition for Termination of Defendant Nathaniel Williams' Term of Supervised Release. Specifically, the Probation Office has informed the Court of the following:

> [Williams] . . . was sentenced . . . on February 27, 1998, to 162 months Bureau of Prisons, followed by 5 years supervised release. . . Williams was released from the federal Bureau of Prisons on December 5, 2008 and has been supervised in the Northern District of Florida since that time. He is scheduled to terminate supervised release on December 4, 2013.
>
> The only special condition of supervision ordered by the Court was substance abuse counseling if deemed appropriate by the U.S. Probation Office. Williams was evaluated at the time of his release and it was determined that no further drug counseling was needed as Williams had not used illegal controlled substances since 1996. Williams paid his $100 special monetary assessment and complied with DNA testing procedures.
>
> Upon his release from imprisonment, Williams resided at a faith based group home in Pensacola, Florida and was considered a spiritual leader in the home. According to the director of the group home, Williams counseled other residents of the home, and was a valuable asset.
>
> Williams has since established his own residence in Pensacola and has also recently established his own business detailing cars. Williams is very active in his local church and participates in many church sponsored community events.
>
> Williams has presented no problems while on supervision and has tested negative on all drug tests. There are no apparent risk factors associated with this case and it does

1

not appear that continued supervision would be beneficial to the offender or the community.

Accordingly, the U.S. Probation Office recommends that Defendant Williams, the supervised releasee, be discharged from supervision.

The Government is **ORDERED** to file a Response to the recommendation of the Southern District of Alabama U.S. Probation Office on or before **September 9, 2010.**

**DONE** and **ORDERED** this the **26th** day of **August 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**